**IT IS ORDERED as set forth below:**

**Date: May 23, 2013**

_____
**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 13 |
| Daphne K. Pryor, | ) |
| Debtor. | ) CASE NO. 08-61749 - BEM |

**CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS**

The Chapter 13 Trustee's Motion to Dismiss (the "Motion") filed on March 20, 2013, came before this Court for hearing on May 7, 2013, at 10:30 a.m. The attorney for the Chapter 13 Trustee and the attorney for Debtor reached an agreement on the Motion; therefore, it is hereby

**ORDERED** that the Trustee's Motion is conditionally denied: Debtor shall pay $1,960.00 into this instant case from the balance the Chapter 13 Trustee has on hand. The Chapter 13 Trustee is directed to disburse the $1,960.00 to creditors. Once the $1,960.00 is disbursed to creditors, Debtor's Chapter 13 plan shall stand as complete.

**[END OF DOCUMENT]**

IN RE: Daphne K. Pryor
CASE NO. 08-61749 - BEM

Prepared by:


_/s/_____
John Brookhuis
GA Bar No. 940484
King & King Law LLC
215 Pryor Street
Atlanta, GA 30303
404-524-6400
ecf@kingandkingpc.com
Attorney for Debtor


No Opposition:


_____/s/_____ *with express permission*
Sonya M. Buckley
GA Bar No. 140987
Office of Mary Ida Townson, Chapter 13 Trustee
191 Peachtree Street, NE, Suite 2200
Atlanta, GA 30303
Staff Attorney

## **DISTRIBUTION LIST**

King & King Law LLC
215 Pryor Street
Atlanta, GA 30303

Mary Ida Townson, Chapter 13 Trustee
191 Peachtree Street, NE, Suite 2200
Atlanta, GA 30303

Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Spring Street
Atlanta, GA 30303

Daphne K. Pryor
2593 Rainwater Court
Decatur, GA 30034